UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LACEY ANN GREEN | Civil No. 3:19-cv-01950-MK |
| Plaintiff, | |
| vs., | ORDER TO PAY |
| | EAJA FEES |
| ANDREW SAUL,<br>Comissioner  Social Security<br>Defendant. | |

Kasubhai, District Court Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after

consideration  of  Defendant's response,  and pursuant to the Equal Access to Justice

Act, 28 U.S.C. § 2412,  $11,500.00 is awarded to Plaintiff in care of her attorney, Nancy J.

Meserow,  and the check for EAJA fees shall be made payable to Nancy J. Meserow,

based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J.

Meserow,  subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130

S. Ct. 2521 (2010); and  in addition, Plaintiff is awarded $10.00 for postage expenses.

Any check issued for EAJA fees or for expenses shall be sent to Plaintiff in care of her

attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this <u>19th</u> day of August 2020

<u>s/ Mustafa T. Kasubhai</u>
MUSTAFA T. KASUBHAI
United States Magistrate Judge